



## MEMORANDUM OPINION

No. 04-12-00046-CV

**WYLDFIRE ENERGY, INC.**,
Appellant

v.

Carlton Scott **RIGGS** & Riggs Energy, Inc.,
Appellees

From the 81st Judicial District Court, Frio County, Texas
Trial Court No. 11-04-00129-CVF
Honorable Donna S. Rayes, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
              Karen Angelini, Justice
              Sandee Bryan Marion, Justice

Delivered and Filed:  March 7, 2012

DISMISSED

Appellant has filed an agreed motion to dismiss this appeal, stating that the parties have reached a settlement agreement.  The motion is granted, and the appeal is dismissed.  *See* TEX. R. APP. P. 42.1, 43.2(f).  Costs of the record are taxed against appellant.  Other costs of appeal are taxed against the parties who incurred them.

PER CURIAM